IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 2:07cr188-TFM |
| ) | ( 18 U.S.C. 13 and Code of |
| WILLIAM W. CURTIS   ) | Alabama, Sec. 13A-9-13.1) |
| ) | |
| ) | **INFORMATION** |
| ) | |

The United States Attorney charges:

### COUNT ONE

On or about the 13th day of July 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, WILLIAM W. CURTIS negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 50, dated 13 July 2006, made payable to the Army and Air Force Exchange Services in the amount of $298.90, drawn on the account of WILLIAM W. CURTIS, at Bank of America, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

### COUNT TWO

On or about the 16th day of July 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, WILLIAM W. CURTIS negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 51, dated 16 July 2006, made payable to the Army and Air Force Exchange Services in the amount of $150.00, drawn on the account of WILLIAM W. CURTIS, at Bank of America, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

### COUNT THREE

On or about the 19th day of July 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, WILLIAM W. CURTIS negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and

delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 52, dated 19 July 2006, made payable to the Army and Air Force Exchange Services in the amount of $300.00, drawn on the account of WILLIAM W. CURTIS, at Bank of America, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT FOUR

On or about the 23rd day of July 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, WILLIAM W. CURTIS negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 53, dated 23 July 2006, made payable to the Army and Air Force Exchange Services in the amount of $250.00, drawn on the account of WILLIAM W. CURTIS, at Bank of America, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT FIVE

On or about the 26th day of July 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, WILLIAM W. CURTIS negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 56, dated 26 July 2006, made payable to the Army and Air Force Exchange Services in the amount of $145.55, drawn on the account of WILLIAM W. CURTIS, at Bank of America, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT SIX

On or about the 28th day of July 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, WILLIAM W. CURTIS negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 57, dated 28 July 2006, made payable to the Army and Air Force Exchange Services in the amount of $326.68, drawn on the account of WILLIAM W. CURTIS, at Bank of America, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT SEVEN

On or about the 7th day of August 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, WILLIAM W. CURTIS negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 58, dated August 7, 2006, made payable to the Army and Air Force Exchange Services in the amount of $300.00, drawn on the account of WILLIAM W. CURTIS, at Bank of America, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT EIGHT

On or about the 19th day of August 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, WILLIAM W. CURTIS negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 59, undated 2006, made payable to the Army and Air Force Exchange Services in the amount of $300.00, drawn on the account of WILLIAM W. CURTIS, at Bank of America, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT NINE

On or about the 11th day of August 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, WILLIAM W. CURTIS negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 60, dated August 11, 2006, made payable to the Army and Air Force Exchange Services in the amount of $249.44, drawn on the account of WILLIAM W. CURTIS, at Bank of America, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

## COUNT TEN

On or about the 13th day of August 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, WILLIAM W. CURTIS negotiated and delivered a negotiable instrument for a thing of value and with the intent, knowledge, and expectation that it would not be honored by the drawee. Said negotiable instrument being of the following tenor and description: Check number 61, dated August 13, 2006, made payable to the

Army and Air Force Exchange Services in the amount of $300.00, drawn on the account of WILLIAM W. CURTIS, at Bank of America, in violation of Section 13A-9-13.1, Code of Alabama, and Title 18, Section 13, United States Code.

          LEURA CANARY
United States Attorney

*Kent Brunson*
KENT BRUNSON
Assistant United States Attorney
P. O Box 197
Montgomery, AL 36101-0197
Telephone: 334-223-7280
Fax: 334-223-7135

*L. Amber Brugnoli*
L. AMBER BRUGNOLI
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | **AFFIDAVIT** |
| COUNTY OF MONTGOMERY | ) | |

The undersigned, being first duly sworn, deposes and says:

    I, EDWARD McINTYRE, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. On 25 September 2006, I notified the Air Force Office of Special Investigations that WILLIAM W. CURTIS had written ten insufficient funds checks at the AAFES Base Exchange located on Maxwell AFB, Alabama. The following checks were returned for insufficient funds:

    1. Check No. 50, made payable to the Army Air Force Exchange Services, dated 13 July 2006, in the amount of $298.90, signed by WILLIAM W. CURTIS.

    2. Check No. 51, made payable to the Army Air Force Exchange Services, dated 16 July 2006, in the amount of $150.00, signed by WILLIAM W. CURTIS.

    3. Check No. 52, made payable to the Army Air Force Exchange Services, dated 19 July 2006, in the amount of $300.00, signed by WILLIAM W. CURTIS.

    4. Check No. 53, made payable to the Army Air Force Exchange Services, dated 23 July 2006, in the amount of $250.00, signed by WILLIAM W. CURTIS.

    5. Check No. 56 made payable to the Army Air Force Exchange Services, dated 26 July 2006, in the amount of $145.55, signed by WILLIAM W. CURTIS.

    6. Check No. 57, made payable to the Army Air Force Exchange Services, dated 28 July 2006, in the amount of $326.68, signed by WILLIAM W. CURTIS.

    7. Check No. 58, made payable to the Army Air Force Exchange Services, dated 7 August 2006, in the amount of $300.00, signed by WILLIAM W. CURTIS.

    8. Check No. 59, made payable to the Army Air Force Exchange Services, undated, in the amount of $300.00, signed by WILLIAM W. CURTIS.

    9. Check No. 60, made payable to the Army Air Force Exchange Services, dated 11 August 2006, in the amount of $249.44, signed by WILLIAM W. CURTIS.

    10. Check No. 61, made payable to the Army Air Force Exchange Services, dated 13 August 2006, in the amount of $300.00, signed by WILLIAM W. CURTIS.

    The total amount of the checks, including the insufficient funds check fees, written by WILLIAM W. CURTIS from 13 July 2006 through 13 August 2006 was $2870.57.

_____
EDWARD McINTYRE

Subscribed and sworn to before me this 21st day of August, 2007.

_____
AUDREY F. GRIFFIN
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS