| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: March 11, 2008 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:00 - 10:02 |

❏ **ARRAIGNMENT**     ❏ **CHANGE OF PLEA**     ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**     ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:07cr188-TFM     **DEFENDANT NAME:** William W. Curtis
**AUSA:**     **DEFENDANT ATTORNEY:** Aylia McKee
Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( )NO; ( )YES     Name:

---

❏ This is defendant's **FIRST APPEARANCE.**     **DEFENSE COUNSEL'S ORAL MOTION TO CONTINUE**
❏ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
❏ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**     ❏ **Not Guilty**
          ❏ **Guilty as to:**
               ❏ **Count(s):**
               ❏ **Count(s):**          ❏ dismissed on oral motion of USA
                                   ❏ to be dismissed at sentencing
❏ Written plea agreement filed     ❏ **ORDERED SEALED**
❏ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
❏ **CRIMINAL TERM:**
     **DISCOVERY DISCLOSURE DATE:**
❏ **ORAL ORDER** that defendant be released and continued under the same conditions previously
     imposed by the U. S. Magistrate Judge.
❏ **ORAL ORDER remanding** Defendant to the custody of U. S. Marshal.
❏ Rule 44 Hearing:     ❏ Waiver of Conflict of Interest Form executed
          ❏ Defendant requests time to secure new counsel