IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:07CR188-TFM |
| WILLIAM C. CURTIS | ) | |

ORDER

Upon consideration of the defendant's Motion to Set Case for Sentencing Hearing on the Same Date Set for Change of Plea (Doc. 20, filed 7/29/2008, it is ORDERED that the Motion is GRANTED.

DONE this 4th day August, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE