IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-188-TFM |
| | ) | |
| WILLIAM W. CURTIS | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, **Christopher D. James**, and enters his appearance on behalf of the Plaintiff, United States of America, in the above styled case.

Dated this 29th day of August, 2008.

Respectfully submitted,

s/Christopher D. James
CHRISTOPHER D. JAMES
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB AL  36112-6334
(334) 953-2786/6035

CERTIFICATE OF SERVICE

I hereby certify that on this date of August 29, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

s/Christopher D. James
CHRISTOPHER D. JAMES
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/6035
Fax:  334-953-2787